IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GREGORY SLATE,**

    *Plaintiff*,

v.                                                      Case No.: 4:21cv390-MW/MJF

**DIOP KAMAU, et al.**

    *Defendants*.

_____/

## **PROTECTIVE ORDER**

This Court has considered, without hearing, Plaintiff's motion for protective order, ECF No. 41, and Defendants' response. ECF No. 43. Plaintiff moves for a protective order limiting the dissemination of Plaintiff's medical records outside of this litigation, among other things. ECF No. 41. Defendants agree to a protective order for Plaintiff's medical records.[1] ECF No. 43. To the extent that Plaintiff seeks a protective order preventing the dissemination of his medical records outside of this case, Plaintiff's motion is **GRANTED**.

Accordingly,

**IT IS ORDERED**:

---

[1] This Court is mindful of the emotionally charged nature of this case, but the parties' papers are littered with gratuitous commentary unrelated to the instant motion. This Court encourages counsel for both sides to focus on the matters at hand in drafting their papers and not stray beyond.

1. Disclosures containing Plaintiff's medical records or medical information shall be disclosed only to this Court, its staff, counsel of record for each party, and also shall be disclosed on a need-to-know basis only to the parties, counsel's staff personnel, employees of a party to whom disclosure is necessary in connection with the preparation for and trial of this action, and any witnesses in the case (including consulting and testifying experts) as may from time to time reasonably be necessary in this action.

2. The aforementioned information shall only be used for the purpose of litigating the above-captioned lawsuit and may not be used in other lawsuits.

3. Persons having knowledge of the aforementioned information due to their participation in the conduct of this litigation shall use such knowledge and information only as permitted herein, and shall not disclose such information or a summary thereof to any person not involved in the conduct of this litigation.

4. If any person having access to the aforementioned information herein shall violate this Order, that person may be subject to sanctions by the Court and may be liable to pay for the damages caused by the violation.

5. Without written permission from Plaintiff or court order secured after appropriate notice to all interested persons, a party may not file the

aforementioned information in the public record in this action (or in any other action, such as an appeal). A party that seeks to file under seal any of the aforementioned information must comply with the appropriate Local Rules of Court and/or federal case law regarding filing materials under seal. This information may only be filed under seal in a manner prescribed by the Court for such filings.

6. This Order shall remain in full force and effect until such time as it is modified, amended, or rescinded by the Court.

**SO ORDERED on December 29, 2021.**

s/Mark E. Walker<br>
**Chief United States District Judge**