UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GREGORY A. SLATE,**               CASE NO.: 4:21-cv-390-MW/MJF

**Plaintiff,**

v.

**TELITHA ENTERTAINMENT CORP.,**

*et al*,

**Defendant.**

_____/

### DEFENDANT TELITHA ENTERTAINMENT CORP'S CORPORATE DISCLOSURE STATEMENT

Defendant, TELITHA ENTERTAINMENT CORP. ("Telitha Entertainment"), by and through undersigned counsel, pursuant to Fed. R. Civ. P. 7.1, hereby discloses the following:

Telitha Entertainment has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: December 12, 2022

Respectfully submitted,

**SOUTH FLORIDA LAW, PLLC**

1920 E. Hallandale Beach Blvd.,
Ste. 702 Hallandale Beach, FL 33009
Direct: (305) 455-6302
Office: (954) 900-8885
Fax: (954) 900-8886

*/s/ Frank DelloRusso*_____
FRANK DELLORUSSO
Florida Bar No. 111949
*fdellorusso@southfloridalawpllc.com*
MICHAEL J. RUTLEDGE
Florida Bar No. 1025657
*mrutledge@southfloridalawpllc.com*
**ATTORNEYS FOR TELITHA ENTERTAINMENT**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served via the Court's ECF Portal on this 12th day of December 2022, to all counsel on record.

*/s/ Michael J. Rutledge*_____
MICHAEL J. RUTLEDGE
Florida Bar No. 1025657