IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GREGORY SLATE,**

    *Plaintiff*,

v.                           Case No.: 4:21cv390-MW/MJF

**DIOP KAMAU, et al.,**

    *Defendants.*

_____/

## ORDER GRANTING MOTION TO CLARIFY

This Court has considered, without hearing, the parties' joint motion to clarify order regarding schedule. ECF No. 89. The motion is **GRANTED**. The Scheduling and Mediation Order, **ECF No. 52**, is the operative scheduling Order, and April 28, 2023, is the deadline for discovery.

**SO ORDERED on January 23, 2023.**

                                        s/Mark E. Walker
                                        **Chief United States District Judge**