UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREOGORY A. SLATE,
    Plaintiff,                                     CASE NO.: 4:21-cv-390-RH-MAF

v.

DIOP KAMAU, et al.,
    Defendants.
_____/

## MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL FOR TELITHA ENTERTAINMENT CORP.

Frank DelloRusso and South Florida Law PLLC, pursuant to Northern District of Florida Local Rule 11.1 (H) (1) hereby move for leave of Court, as they seek permission to withdraw as Counsel for Telitha Entertainment Corp. ("Telitha Entertainment") in this matter, and in support state as follows:

Irreconcilable differences have arisen between Telitha Entertainment and their undersigned Counsel. Both Telitha Entertainment and undersigned counsel agree that undersigned Counsel should withdraw from representing Telitha Entertainment in this matter at this time.

If leave is granted, and undersigned is permitted by this Court to withdraw from this matter, Telitha Entertainment's contact information for the service of court filings, correspondence, and all other communications and notices in this matter is:

**E.C.F. / PACER Notifications and all Email Correspondence:** Sgtdcj@icloud.com

**Telephone:** (805) 566-7960

**Mailing address:** 3425 Bannerman Rd., #164, Tallahassee, FL 32312

WHEREFORE, Frank DelloRusso and South Florida Law PLLC, hereby respectfully request leave of Court allowing them to withdraw from representing Telitha Entertainment Corp. in this matter, and whatever further relief this Court deems right and just.

Dated: May 4, 2023                                        Respectfully Submitted,

                                                          */s/ Frank DelloRusso*
                                                          Frank Dellorusso, Esq.
                                                          **SOUTH FLORIDA LAW, PLLC**
                                                          1920 E. Hallandale Beach Blvd.,
                                                          Hallandale Beach, FL 33009
                                                          Office: (954) 900-8885
                                                          Florida Bar No. 111949
                                                          fdellorusso@southfloridalawpllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served via CM/ECF on May 4, 2023 to all counsel of record in this matter.                    */s/ Frank DelloRusso*

EXHIBIT "A"

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

GREOGORY A. SLATE,
    Plaintiff,                                                            CASE NO.: 4:21-cv-390-RH-MAF

v.

DIOP KAMAU, et al.,
    Defendants.
_____/

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL FOR TELITHA ENTERTAINMENT CORP.

THIS MATTER is before the Court upon Counsel for Telitha Entertainment Corp.'s Motion for Leave to Withdraw as Counsel (the "Motion"). The Court has carefully reviewed the Motion and the record, it is hereby:

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Leave is **GRANTED**. Frank DelloRusso and South Florida Law PLLC are no longer counsel of record for Telitha Entertainment Corp. The Clerk is directed to update Telitha Entertainment Corp.'s contact information as follows:

    **Email:** Sgtdcj@icloud.com
    **Telephone:** (805) 566-7960
    **Mailing address:** 3425 Bannerman Rd., #164, Tallahassee, FL 32312

**DONE AND ORDERED** in Tallahassee, Florida, this ___ day of _____, 2023.

                                                _____
                                                The Honorable MARK E. WALKER,
                                                Chief Judge, United States District Court for Northern District of Florida

CC: All parties and counsel of record.