IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GREGORY A. SLATE,**

   *Plaintiff*,

v.                                               Case No.: 4:21cv390-MW/MJF

**DIOP KAMAU, et al.,**

   *Defendants*.

_____/

## ORDER GRANTING MOTION TO WITHDRAW

This Court has considered Frank DelloRusso's motion to withdraw as counsel for Defendant Telitha Entertainment Corp. ("Telitha Entertainment"). ECF No. 107. A telephonic hearing on Mr. DelloRusso's motion was held on May 16, 2023. For the reasons stated on the record at the telephonic hearing, and without objection from Telitha Entertainment, Mr. DelloRusso's motion is **GRANTED**.[1] Mr. DelloRusso is permitted to withdraw as counsel for Telitha Entertainment. The Clerk shall disconnect Mr. DelloRusso from CM/ECF on this matter.

**SO ORDERED on May 16, 2023.**

                                                          s/Mark E. Walker
                                                          **Chief United States District Judge**

---

[1] This Court made it clear to the parties during the telephonic hearing that this case has not been stayed and that no deadlines have been extended as a result of this Court's order granting Mr. DelloRusso's motion to withdraw as counsel.