UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| **GREGORY SLATE**<br><br>*Plaintiff*<br><br>v.<br><br>**DIOP KAMAU, et al.,**<br><br>*Defendant* | Case No.: 4:21-cv-390-MW/MJF |

**PLAINTIFF'S NOTICE OF FILING OF EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM OF LAW**

Plaintiff Gregory Slate ("Mr. Slate"), hereby file the following exhibits in support of Plaintiff's Motion For Summary Judgment With Supporting Memorandum of Law:

1. Diop Kamau's Second Amended Answers to Plaintiff's First Set of Requests for Admissions to Defendant ("1st RFAs").
2. Diop Kamau's Second Amended Answers to Plaintiff's Second Set of Requests for Admissions to Defendant ("2nd RFAs").
3. Diop Kamau's Second Amended Answers to Plaintiff's Third Set of Requests for Admissions to Defendant ("3rd RFAs").
4. Diop Kamau's Second Amended Answers to Plaintiff's Third Set of Requests for Admissions to Defendant ("4th RFAs").
5. Defendant, Diop Kamau's, Answers to Plaintiff's Fourth Set of Interrogatories.
6. Defendant, Diop Kamau's, Answers to Plaintiff's Third Set of Interrogatories.

7. Defendant, Telitha's, Answers to Plaintiff's Third Set of Interrogatories.
8. Defendant, Telitha's, Answers to Plaintiff's First Set of Requests for Admissions to Defendant
9. Affidavit of Geoffrey Johnson ("Johnson Aff.)
10. Exhibit A to Johnson Aff
11. Exhibit B to Johnson Aff
12. Exhibit C to Johnson Aff
13. Exhibit D to Johnson Aff
14. Exhibit E to Johnson Aff
15. Exhibit F to Johnson Aff
16. Exhibit G to Johnson Aff
17. Affidavit of Karn Dhingra ("KD Aff.")
18. Exhibit A to KD Aff
19. Exhibit B to KD Aff
20. Exhibit C to KD Aff
21. Exhibit D to KD Aff
22. Exhibit E to KD Aff
23. Affidavit of Matthew Tyndale ("MT Aff.")
24. Exhibit A to MT Aff. ("SB Aff.")
25. Exhibit B to MT Aff.
26. Affidavit of Sara Barger
27. Exhibit A to SB Aff.
28. Exhibit B to SB Aff.
29. Exhibit C to SB Aff.
30. Affidavit of Gregory Slate ("GS Aff.")
31. Exhibits A-H of GS Aff. (Deposit Material)
32. Exhibits I of GS Aff. (Copyright Certification)
33. Exhibits J of GS Aff. (2020 Cease and Desist/Notice of Copyright)
34. Exhibits K of GS Aff. (2008 Copyright Notice)
35. Exhibits L of GS Aff. (WordPress Site Printed Today)
36. Exhibits M of GS Aff.
37. Exhibits N of GS Aff.
38. Exhibits O of GS Aff.

39. Exhibits P of GS Aff.
40. Exhibits Q of GS Aff.
41. Exhibits R of GS Aff.
42. Exhibits S of GS Aff.
43. Exhibits T of GS Aff.
44. Exhibits U of GS Aff.

By:

/s/ *Janakan Thiagarajah*
JANAKAN THIAGARAJAH
Florida Bar 1040171
**BELLWETHER LAW, PLLC**
1 Alhambra Plaza, PH Floor
Coral Gables, FL 33134
janakan@bellwetherlaw.com
Office: 202−441−7211
*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June 2023, a copy of the foregoing Notice of Filing of Exhibits in support of Plaintiff's List of EXHIBITS was served by email and the court's CM/ECF system to the following counsel of record for Defendants:

Carlo D. Marichal
FBN: 99034
BANKER LOPEZ GASSLER P.A.
1200 S. Pine Island Rd., Ste. 170
Plantation, FL 33324
cmarichal@bankerlopez.com
*Counsel for Defendant Diop Kamau*

By:
/s/ *Janakan Thiagarajah*
Janakan Thiagarajah
(FL Bar No. 1040171)