UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| **GREGORY SLATE**  *Plaintiff*  v.  **DIOP KAMAU, et al.,**  *Defendant* | Case No.: 4:21-cv-390-MW/MJF  Chief Judge Mark E. Walker |

### PLAINTIFF'S MOTION FOR LEAVE[1] TO EXCEED WORD COUNT FOR MEMORANDUM IN OPPOSITION TO DEFENDANT DIOP KAMAU'S MOTION FOR SUMMARY JUDGMENT

Pursuant to N.D. Fla. Local Rule 7.1(F), Plaintiff Gregory Slate ("Mr. Slate"), by and through undersigned counsel, hereby respectfully moves this Honorable Court for leave to exceed the word count for his memorandum in opposition to Defendant Diop Kamau's Motion for Summary Judgment. In support thereof, Mr. Slate respectfully states as follows:

### BACKGROUND

1. On June 2, 2023, Defendant filed a 35-page, 7,606-word Motion for Summary Judgment against Mr. Slate. (Doc. 114.)

---

[1] To the extent that the filing of Mr. Slate's Opposition to Defendant Kamau's Motion for Summary Judgment would be deemed out of time despite the CM/ECF system going down after Mr. Slate filed his notice of exhibits in opposition to Defendant Kamau's Motion for Summary Judgment (ECF 127), Mr. Slate also seeks leave to file his opposition out of time.

2. Therein, Defendant set forth numerous statements of facts, omitting most of the defamatory statements and infringing uses at issue in this matter but seeking summary judgment on many of the omitted statements and allegedly infringing uses based on truth and fair use, *inter alia*. *Id*.

3. Based on the facts of this case, many of which are not stated in Defendant's motion, Mr. Slate believes several of the legal standards Defendant submits the Court adopts are inapplicable.

4. To properly respond to the Motion for Summary Judgment, Mr. Slate must respond with the additional facts that are determinative of the appropriate legal standards and law, state the appropriate standards, and address the law submitted by Defendant to explain why his legal positions cannot be properly applied under these facts.

## MEMORANDUM OF LAW

As grounds further grounds for this Motion, Mr. Slate state as follows:

1. N.D. Fla. Loe. R. 7.1(F) mandates that, unless given leave of court, Mr. Slate's Memorandum in Opposition to Plaintiff's Motion for Summary Judgment cannot exceed 8,000 words.

2. Due to the sheer number of omitted factual allegations that Mr. Slate must address in the Memorandum in Opposition along with the legal arguments that

must be briefed, Mr. Slate cannot prepare a Memorandum in Opposition to Diop Kamau's

3. Undersigned counsel has attempted to confer via email with counsel for Defendant on the relief requested in this Motion but has not yet received a response from Defendant's counsel.

4. On April 27, 2023, the day before discovery closed, Defendant Kamau served "amended" responses to Mr. Slate's first, second, and third RFAs, and a response to the fourth RFAs.

## CONCLUSION

For the foregoing reasons, Mr. Slate respectfully requests that the Court grant this motion and grant Mr. Slate leave of court to file a Memorandum in Opposition to Defendant Diop Kamau's Motion for Summary Judgment that exceeds 8,000 words.

| | |
|---|---|
| June 25, 2023 | Respectfully Submitted, <br><br> By: /s/ *Janakan Thiagarajah* <br> Janakan Thiagarajah <br><br> Bellwether Law, PLLC <br> 4315 50th ST NW Ste 100, #7017 <br> Washington DC 20016 <br> Tel: (202) 596-8434 <br> janakan@bellwetherlaw.com <br> *Counsel for Plaintiff Gregory A. Slate* |

## **CERTIFICATE OF COMPLIANCE WITH LOCAL Rule 7.1(B)**

The undersigned certifies that good faith to resolve the issue through a meaningful conference with an attorney for the adverse party and Defendant has yet to respond to the undersigned counsel email.

By: /s/ *Janakan Thiagarajah*_____

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)**

The undersigned certifies that the foregoing complies with the size, font, and formatting requirements of Local Rule 5.1(C) and that the foregoing complies with the word limit in Local Rule 7.1(F); the foregoing contains 720 words, excluding the case style, signature block, and certificates.

By: /s/ *Janakan Thiagarajah*_____

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June 2023, a copy of the foregoing MOTION TO EXCEED WORD COUNT was served by email and the court's electronic filing system to the following counsel of record:

Carlo D. Marichal, Esq.
Banker Lopez Gassler P.A.
Fort Lauderdale Office Managing Shareholder
1200 S. Pine Island Road, Suite 170
Plantation, FL 33324
cmarichal@bankerlopez.com
*Counsel for Diop Kamau*

Telitha Entertainment Corp.'s contact
information as filed with this court by their prior counsel:
Email: Sgtdcj@icloud.com
Mailing address: 3425 Bannerman Rd., #164
Tallahassee, FL 32312
Telephone: (805) 566-7960

By:
/s/ *Janakan Thiagarajah*
_____
Janakan Thiagarajah
(FL Bar No. 1040171)