UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GREGORY A. SLATE,**

    **Plaintiff,**

**CASE NO.: 4:21-cv-390-MW/MJF**

v.

**DIOP KAMAU, et al.,**

    **Defendants.**

_____/

### NOTICE OF PHYSICALLY FILING EXHIBIT 8 TO KAMAU'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Defendant, DIOP KAMAU, hereby notifies the Court of the physical filing of exhibit 8 to Defendant's Response to Plaintiff's Summary Judgement. The below exhibit has been mailed to the Northern District Clerk's Office as of 6/26/2023. The video file is labeled:

1. Video of Kamau's Interview with Mike McCormick.  [ECF 130-8]

Dated: June 26, 2023

Respectfully submitted,

/s/ Carlo Marichal
_____
Carlo D. Marichal
FBN: 99034
BANKER LOPEZ GASSLER P.A.
1200 S. Pine Island Rd., Ste. 170
Plantation, FL 33324
Tel.: 954-440-1336
Fax: 954-533-3051
cmarichal@bankerlopez.com
*Counsel for Diop Kamu*