# FLORIDA DEPARTMENT *of* STATE

Para español, seleccione de la lista  `Select Language ∨`  Powered by Google **Translate**

Department of State  /  Division of Corporations  /  Other Services  /  Service of Process

# Service of Process

> The Division of Corporations accepts Substituted Service of Process under Chapter 48 of the Florida Statutes.
> We will notify the plaintiff's attorney of any accepted service, including the time and date of acceptance. However, we do not serve the designated individual.
> **The notice includes:**
>> Two acceptance letters.
>> A copy of the summons.
>> A copy of the complaint.
> The plaintiff's attorney is responsible for notifying the defendant of an accepted Substitute Service of Process.
> Search our records by name to find the name and address of an entity's registered agent.

## Filing Requirements

> **The court-issued summons**, which *must include*:
>> The original, or electronic, signature of the Clerk of the Circuit Court and the Seal.
>> The name of the defendant, in care of the Secretary of State.
>> **Example:**
>> *John Doe*
>> *c/o Secretary of State*
>> *P.O. Box 6327*
>> *Tallahassee, FL 32314*
> **The complaint,** in format.
> **If the defendant is an active business entity on our records**, include a copy of the returned service or an affidavit from the process server as proof of attempted service.

**If submitting online:** All documents must be in PDF format. Submit only a single document, do not include copies. Go to online-sop.sunbiz.org to get started.

**If submitting on paper:** Provide two copies each of the summons and complaint so that a copy can be returned to you. Also, include a cover letter indicating the specific section of Chapter 48, F.S., (e.g., 48.161, 48.181) that authorizes the Division of Corporations to accept the service.

==Payment==

==Effective 1/2/2023, there is no fee for Substitute Service of Process. Any payment received will be returned.==

**Additional Instructions**

> Direct Service of Process naming the **Secretary of State as a Defendant** to: The Secretary of State, R.A. Gray Building, Tallahassee, Florida 32301.
> Direct Service of Process naming the **State of Florida as a Defendant** to: The Florida Attorney General's office or call 850.414.3990 for additional information.
> Direct Service of Process naming **an insurance COMPANY (not an insurance AGENCY) as a Defendant** to: The Chief Financial Officer at the State of Florida, or call 850.413.4200 for additional information.

## Questions?

> Call 850.245.6953 for specific questions about filing substitute service.
> Direct all other inquiries to the attorney(s) involved.
> The Division of Corporations does not provide information pertaining to the summons or complaint.

Back to Top



EXHIBIT A

8/8/23, 2:59 PM
Case 4:21-cv-00390-MW-MJF   Document 161-1   Filed 08/15/23   Page 2 of 2
Service of Process - Division of Corporations - Florida Department of State



**Ron DeSantis, Governor**

**Cord Byrd, Secretary of State**

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

Copyright © 2023 State of Florida, Florida Department of State.

**Florida Department of State**

The Centre of Tallahassee
2415 N. Monroe Street, Suite 810
Tallahassee, FL 32303

>