**Re: Notice of Service – Defendant Ferrell (case 21cv390 NDFL)**

| | |
|---|---|
| From | Carlo Marichal <CMarichal@BANKERLOPEZ.COM> |
| To | admin1@bellwetherlaw.io |
| CC | Janakan Thiagarajah <janakan@bellwetherlaw.com>, Katie Hilyer <khilyer@bankerlopez.com> |
| Date | Monday, August 7th, 2023 at 6:18 PM |

I must've missed DE 153. Thanks for that.

**Carlo D. Marichal, Esq.**
**Banker Lopez Gassler P.A.**
*Fort Lauderdale Office Managing Shareholder*

Plantation, FL 33324
            (Office)
            (Fax)

On Aug 7, 2023, at 8:49 PM, Bellwether Admin <admin1@bellwetherlaw.io> wrote:

[EXTERNAL. Use extra caution with web links and/or attachments.]

Carlo,

Florida Statute § 48.161(2) was amended effective early this to explicitly state that the "party effectuating service does not need to allege in its original or amended complaint the facts required to be set forth in the affidavit of compliance." I am attaching a copy of the updated statute so that you do not make a baseless legal argument to quash premised on Plaintiff's supposed failure to seek "leave of court to amend the complaint," then claim ignorance of the statute.

Further, your assertion that Plaintiff failed to provide "a diligent search affidavit" is an outrageous misrepresentation of the record. Not only have I filed an affidavit attesting to Plaintiff's diligent search (*see* ECF 153 ¶¶ 13-16, 18) but Plaintiff has filed no less that 5 affidavits from members of the Leon County Sheriff's Office attesting to their "due diligence" in attempting to locate and serve Defendant Ferrell (ECF 60) (ECF 64) (ECF 99) (ECF 122). Additionally Plaintiff has filed an "AFFIDAVIT OF DUE DILIGENCE" (ECF 150) and two additional affidavits (ECF 67 and 68) from private process servers concerning their efforts to locate and serve Defendant Ferrell.

Although you have already been served these affidavits of due diligence I am sending them to you again now so that the record is clear that any allegation that Plaintiff failed to provide "a diligent search affidavit" is knowingly made is bad faith.

You have been threatening to file a motion to quash for more than 3 weeks but have failed to do so and to this day cannot identify any factual or legal basis for making such a motion. I long ago advised that Plaintiff will oppose any motion to quash so I have no idea why you are now emailing me again to threatening making such a motion. File your motion or don't but please do not misrepresent the law or the facts as your email implies you intend to do.

THE BELLWETHER LAW FIRM

T (305) 525-xxx | janakan@bellwetherlaw.com

1 Alhambra Plaza, PH Floor, Coral Gables, FL 33134

*Licensed in FL, NY, New York Districts Complex Florida*
*Miami counties of Florida*

------- Original Message -------
On Monday, August 7th, 2023 at 4:44 PM, Carlo Marichal <CMarichal@BANKERLOPEZ.COM> wrote:

Janakan-

I am in receipt of your motion for default. As previously expressed, we are going to move to quash and to dismiss. The basis is your failure to follow procedures under Florida law, such as requesting leave of court to amend the complaint, providing a diligent search affidavit, etc.

I see you already attached the email chain as DE 153-7, so feel free to re-attach the email should you so choose.

<image001.jpg>

Carlo D. Marichal, Esq.

Banker Lopez Gassler P.A.

*Fort Lauderdale Office Managing Shareholder*

**EXHIBIT B**

1200 S. Pine Island Road, Suite 170

Plantation, FL 33324

954-703-3597 (Office)

954-533-3051 (Fax)

---

**From:** Janakan Thiagarajah <janakan@bellwetherlaw.com>
**Sent:** Monday, July 31, 2023 3:43 PM
**To:** Carlo Marichal <CMarichal@BANKERLOPEZ.COM>
**Cc:** Katie Hilyer <khilyer@bankerlopez.com>; admin1@bellwetherlaw.io
**Subject:** RE: Notice of Service – Defendant Ferrell (case 21cv390 NDFL)

[EXTERNAL. Use extra caution with web links and/or attachments.]

Carlo,

Mr. Slate objects and will oppose.

The purported bases for your motion to quash are unclear—among other things, you fail to identify, in any way, the boilerplate objection that he "did not comply with the requirements" of Florida Statutes. Further, our time to demonstrate compliance with Fla. Stat. § 48.161 has not yet elapsed. So it's not at all apparent how your claim of non-compliance with the statute is has a good faith basis for your proposed motion to quash because you announced *before* we attempted to serve Ms. Ferrell through the Florida Department of State that you would move to quash, and when pressed for a basis for your motion to quash, you could only threaten, "You will have to wait and see if you try alternative service." See attached.

I'll ask that you please attach this email chain, including all attachments, to any motion to quash you file so that Mr. Slate's position and the current status of service of Defendant Ferrell through the Florida Department of State is accurately reflected.

Janakan

---

Janakan Thiagarajah

[illegible]

+1 (305) 525-3052

---

**From:** Carlo Marichal <                    >
**Sent:** Friday, July 28, 2023 3:36 AM
**To:** Janakan Thiagarajah <                    >
**Cc:** Carlo Marichal <                    >
**Subject:** Re: Notice of Service – Defendant Ferrell (case 21cv390 NDFL)

Janakan-

I intend to move to quash and to dismiss the complaint for failure to timely and properly serve Ferrell.

Service on the Secretary of State is improper because you did not comply with the requirements for same under Florida law. Also, more than enough time has lapsed to effectuate proper service.

Please let me know if you object to the following relief I will seek: (1) quash service and (2) dismiss as to Ferrell.

Thank you.

Carlo D. Marichal, Esq.

**Banker Lopez Gassler P.A.**

*Fort Lauderdale Office Managing Shareholder*

Plantation, FL 33324

    (Office)

    (Fax)

On Jul 26, 2023, at 4:34 PM, Janakan Thiagarajah <　　　　　　　> wrote:

> [EXTERNAL. Use extra caution with web links and/or attachments.]

Attached hereto please find a copy of a letter confirming that pursuant to Chapter 48.161 Florida Statutes, substitute service of process was accepted for Tyra Ferrell (AKA Tyra Rasmus) (AKA Tyra Ferrell Jackson) in case number 4:21-CV-00390-MW-MJF and was filed on July 12, 2023, at 6:39 PM with the Florida Department of State. Included therewith is a copy of the summons, and amended complaint in case number 4:21-CV-00390-MW-MJF.

Regards,

Janakan Thiagarajah

THE BELLWETHER LAW FIRM

+1 (305) 725-3052 | janakan@bellwetherlaw.com

1 Alhambra Plaza, PH Floor, Coral Gables, FL 33134

*Licensed in Florida, New York, District of Columbia, Puerto Rico, Massachusetts, and Illinois*

***** *This email may contain information that is attorney-client privileged and confidential. If not the intended recipient, we ask that you delete and please call by telephone at (202) 596-8434 with any questions.*

***** *Please note that neither Janakan Thiagarajah, Bellwether Law, PLLC, nor The Law Office of Janakan Thiagarajah (d/b/a Bellwether Law) will represent individuals or entities as clients until a signed engagement agreement has been executed.*

Confidentiality Disclaimer: This e-mail message and any attachments are private communication sent by a law firm, Banker Lopez Gassler P.A., and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

Confidentiality Disclaimer: This e-mail message and any attachments are private communication sent by a law firm, Banker Lopez Gassler P.A., and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

<48161 Method of substituted service on nonresident.rtf>
<153.pdf>
<60. Return of Service - Summons Returned Unexecuted (1).pdf>
<64.pdf>
<150.pdf>
<99. Return of Service Unexecuted.pdf>
<122.pdf>
<67. Return of Service - Summons Returned Unexecuted.pdf>
<68. Return of Service - Summons Returned Unexecuted.pdf>

Confidentiality Disclaimer: This e-mail message and any attachments are private communication sent by a law firm, Banker Lopez Gassler P.A., and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

**1.42 KB**  1 file attached

image001.jpg 1.42 KB