UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| **GREGORY SLATE**<br><br>*Plaintiff*<br><br>v.<br><br>**DIOP KAMAU, et al.**<br><br>*Defendant* | Case No.: 4:21-cv-00390-MW-MJF<br>Chief Judge Mark E. Walker |

### NOTICE OF ACCEPTANCE OF DEFENDANTS KAMAU AND FERRELL'S OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68

COMES NOW, Plaintiff, GREGORY SLATE, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure Rule 68, hereby files Plaintiff's Acceptance of Defendants' Kamau and Ferrell's Offer of Judgment.

1.   On December 18, 2020, Plaintiff filed this action against Defendants Kamau, Ferrell, and Telitha.  See ECF 1; see also ECF 54.

2.   On January 9, 2024, Defendants Kamau and Ferrell served an Offer of Judgment to Plaintiff providing that on acceptance, Judgment be entered against them in this action in the amount of $150,000.00 including all of Plaintiff's claims for relief against Defendants, DIOP KAMAU and TYRA FERREL, only. *See* Exhibit A.

1

3. Pursuant to Fed. R. Civ. P. 68, Plaintiff timely served written notice of his acceptance of the offer to Defendants' attorney of record.

Date: January 11, 2024

*Janakan Thiagarajah*
Janakan Thiagarajah, Esq.
FBN: 1040171
The Bellwether Law Firm
1 Alhambra Plaza, PH Floor
Coral Gables, FL 33134
(305) 525-3052
janakan@bellwetherlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January 2024, a copy of the foregoing ACCEPTANCE OF OFFER OF JUDGMENT AND EXHIBITS was served by the court's electronic filing system to the following counsel and corporate representatives of record, and served via First Class Mail Postage Prepaid to the Defendant Party, as listed in the service below:

Carlo D. Marichal, Esq.
Banker Lopez Gassler P.A.
Fort Lauderdale Office Managing Shareholder
1200 S. Pine Island Road, Suite 170
Plantation, FL 33324
cmarichal@bankerlopez.com
*Counsel for Defendant Diop Kamau and Tyra Ferrell*

**TELITHA ENTERTAINMENT CORP.**
Representative Contact
Email: Sgtdcj@icloud.com
Mailing address: 3425 Bannerman Rd., #164
Tallahassee, FL 32312
Telephone: (805) 566-7960
*Defendant Telitha's Representative Contact (as filed with this Court by their prior counsel)*

By:
/s/ *Janakan Thiagarajah*
Janakan Thiagarajah
(FL Bar No. 1040171)