UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GREGORY A. SLATE,**

  **Plaintiff,**

              **CASE NO.: 4:21-cv-390-MW/MJF**

v.

**DIOP KAMAU, et al.,**

  **Defendants.**
_____/

## OFFER OF JUDGMENT TO PLAINTIFF

 To: GREGORY SLATE
    c/o Janakan L. Thiagarajah, Esq.
    1 Alhambra Plaza Ste. PH
    Coral Gables, Florida 33134

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants, DIOP KAMAU and TYRA FERREL, jointly offer to allow Judgment to be entered against them in this action in the amount of $150,000.00 including all of Plaintiff's claims for relief against Defendants, DIOP KAMAU and TYRA FERREL, only. If Plaintiff accepts this offer of judgment, Plaintiff agrees that each party will bear their own fees and costs. This offer of judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and is not to be construed as either an admission that Defendants, DIOP KAMAU and TYRA FERREL, are liable in this action, or that the Plaintiff, GREGORY SLATE, have suffered any damage. This Offer of

Judgment shall not be filed with the Court unless (a) accepted or (b) in a proceeding to determine costs.

Dated: January 9, 2024

                                              Respectfully submitted,

                                              _____
                                              Carlo D. Marichal
                                              FBN: 99034
                                              BANKER LOPEZ GASSLER P.A.
                                              1200 S. Pine Island Rd., Ste. 170
                                              Plantation, FL 33324
                                              Tel.: 954-440-1336
                                              Fax: 954-533-3051
                                              cmarichal@bankerlopez.com
                                              *Counsel for Diop Kamu*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served via e-mail on 01/09/2024 to the persons listed in the service list.

                                  By: _____
                                         Carlo D. Marichal, Esq.
                                         FBN: 99034

## SERVICE LIST

| **Carlo D. Marichal**<br>cmarichal@bankerlopez.com<br>Banker Lopez Gassler P.A.<br>1200 S. Pine Island Rd., Ste. 170<br>Plantation, FL 33324<br>Office: 954-703-3597<br>*Counsel for Diop Kamu and Tyra Ferrell* | **Janakan L. Thiagarajah**<br>janakan@bellwetherlaw.com<br>1 Alhambra Plaza Ste. PH<br>Coral Gables, Florida 33134<br>Office: 202−441−7211<br>*Counsel for Plaintiff* |
|---|---|