IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GREGORY A. SLATE,**

   *Plaintiff*,

v.                                   Case No.: 4:21cv390-MW/MJF

**DIOP KAMAU, et al.,**

   *Defendants*.

_____/

## ORDER DENYING MOTION TO CLARIFY OR SET ASIDE JUDGMENT

This Court has considered Defendants' motion to clarify or set aside the judgment. ECF No. 206. The motion is **DENIED**.

Defendants served an offer of judgment on Plaintiff on January 9, 2024, *see* ECF No. 199-1, and Plaintiff filed his notice of acceptance of the offer of judgment on January 11, 2024, ECF No. 199. This Court entered partial judgment for a sum certain against Defendants in the amount of $150,000.00, for the parties to bear their own attorney's fees and costs. ECF No. 205.

**NOTHING NEEDS TO BE CLARIFIED.** This Court has entered hundreds of injunctions and knows how to order an injunction if it decides to do so. The judgment entered in this case **does not** include an injunction. And Defendants have stated no legal basis to set aside or amend the judgment.

Moreover, the offer of judgment and Plaintiff's acceptance does not amount to a settlement with additional terms such as a non-disparagement agreement. It is simply an accepted offer of judgment for a sum certain. That is it. If the parties have some disagreement about alleged defamation that continues to occur, that is for the parties to resolve, and it is not this Court's problem unless someone files a new lawsuit.

Finally, the parties are reminded that they have until February 9, 2024, to file a joint status report on the balance of this case. *See* ECF No. 200. If the parties fail to abide by this deadline, this Court will have every attorney of record in this case come to Tallahassee to answer for missing this Court's deadline. In short, if it's unclear to the parties, this Court has had enough of the parties' conduct in this case.

**SO ORDERED on February 8, 2024.**

<u>s/Mark E. Walker               </u>
**Chief United States District Judge**
