## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**GREGORY A. SLATE,**

  *Plaintiff,*

**v.**           **Case No.: 4:21cv390-MW/MJF**

**DIOP KAMAU, et al.,**

  *Defendants.*

_____/

## <u>ORDER ON STATUS REPORT</u>

This Court is well aware of what Plaintiff already filed with respect to a status report. Presumably Plaintiff is asking this Court to re-gavel the motion for summary judgment, ECF No. 118, and rule on the motion, with the understanding that this Court does not grant motions for summary judgment based on default. *See* ECF No. 202. Plaintiff just needs to tell this Court how he intends to proceed or what he would ask this Court to do with the balance of his case. That is what this Court was asking Plaintiff to do—indicate how Plaintiff intends to move forward with this case, either by seeking to re-gavel his motion for summary judgment or take some other action to move this case along.

This Court is not a mind reader, so Plaintiff must tell this Court how he wishes to proceed **on or before February 9, 2024.** If you are simply asking this Court to re-gavel the motion, rule on it, and, if you prevail, then set the matter for a trial on damages, then just say so.

**SO ORDERED on February 8, 2024.**

**s/Mark E. Walker                              **
**Chief United States District Judge**